ORAL ARGUMENT NOT SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| FARMWORKER ASSOCIATION OF FLORIDA, ENVIRONMENTAL WORKING GROUP, and CENTER FOR BIOLOGICAL DIVERSITY, *Petitioners*, | ) ) ) ) ) ) ) | No. 21-1079 |
| v. | ) ) |  |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *Respondent*. | ) ) ) ) ) |  |

**PETITIONERS' NOTICE OF RECENT EVENT:
RESOLUTION OF ATTORNEYS' FEES AND EXPENSES**

_____

JONATHAN EVANS
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100 x318
Fax: (510) 844-7150
jevans@biologicaldiversity.org

STEPHANIE M. PARENT
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: (971) 717-6404
Fax: (503) 283-5528
sparent@biologicaldiversity.org

*Attorneys for Petitioners Farmworker Association of Florida,
Environmental Working Group, and Center for Biological Diversity*

_____

Petitioners provide notice that all outstanding issues associated with

attorneys' fees and expenses in this case have been resolved.

1

On September 14, 2021, Petitioners filed an unopposed motion for an extension of time to file a motion under the Equal Access to Justice Act for attorneys' fees and expenses, which was granted by the Court, to allow the parties to pursue settlement negotiations. Docs. # 1914114, 1914654. On January 5, 2021, Petitioners filed a second unopposed motion for an extension of time to file a motion for attorneys' fees and expenses, informing the Court that the parties had successfully engaged in settlement negotiations and requesting additional time for Respondent Environmental Protection Agency to effectuate payment. Doc. # 1929259. The Court granted Petitioners requested extension until May 13, 2022. Doc. # 1929506.

Because all outstanding issues associated with attorneys' fees and expenses have been resolved by the parties through settlement Petitioners provide notice to the Court that no motion for attorneys' fees and expenses will be filed in this case.

Respectfully submitted,

February 25, 2021

*/s/ Jonathan Evans*
JONATHAN EVANS (DC Cir Bar #53186)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100 x318
Fax: (510) 844-7150
jevans@biologicaldiversity.org

STEPHANIE M. PARENT (DC Bar 56357)
Center for Biological Diversity
P.O. Box 11374

Portland, OR 97211
Tel: (971) 717-6404
Fax: (503) 283-5528
sparent@biologicaldiversity.org

*Attorneys for Petitioners Farmworker*
*Association of Florida, Environmental*
*Working Group, and Center for Biological*
*Diversity*

## CERTIFICATE OF COMPLIANCE

I certify that the forgoing motion was printed in a proportionally spaced font of 14 points and that, according to the word-count program in Microsoft Word, it contains 171 words. There does not appear to be a rule setting the word limit for a Notice of Recent Events, however, this word count is well below the 350-word limitation of Federal Rule of Appellate Procedure 28(j), an alternative entry to file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2022, I served the foregoing Petitioners' Notice of Recent Event: Resolution of Attorneys' Fees and Expenses, on all parties through the Court's electronic filing (ECF) system.

DATED: February 25, 2022                     /s/ *Jonathan Evans*
                                             Jonathan Evans